# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KURT RUEBEL, | Case No. 2:10-cv-02926-JAM-KJM |
| Plaintiff, | **ORDER TO EXTEND FILING OF JOINT STATUS REPORT** |
| v. | |
| STRYKER CORPORATION and DOES 1 through 100, Inclusive, | Honorable John A. Mendez |
| Defendants. | |

GOOD CAUSE appearing therefor, as set forth in the Joint Stipulation to Extend Filing of Joint Status Report, that the Parties shall have up to and including January 19, 2011 to file a Joint Status Report, **IT IS SO ORDERED.**

Dated:  12/30/2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

LA/1007809v1

-1-

[PROPOSED] ORDER TO EXTEND FILING OF JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com