# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KURT RUEBEL, | **Case No. 2:10-cv-02926-JAM-KJM** |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STRYKER CORPORATION and DOES 1 through 100, Inclusive, | Honorable John A. Mendez |
| Defendants. | |

Pursuant to the Stipulation of Voluntary Dismissal signed and filed by the parties, **IT IS HEREBY ORDERED** that this action is Dismissed in its entirety with prejudice, with each party to bear its own costs and fees.

Dated: 1/4/2011

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

-1-
[PROPOSED] ORDER OF DISMISSAL

LA/1008305v1

PDF created with pdfFactory trial version www.pdffactory.com